13-0827 – *SER Linda York v. WV Real Estate Appraiser Licensing Board*

**FILED**

**June 11, 2014**
released at 3:00 p.m.
RORY L. PERRY II, CLERK
SUPREME COURT OF APPEALS
OF WEST VIRGINIA

Justice Ketchum, concurring:

I agree with the result. However, I believe we should have crafted a procedure for the attorneys to follow if they are not able to agree on the amount of the attorney fees and costs that Ms. York is entitled to collect from the Licensing Board.

If Ms. York and the Board cannot agree on the amount of attorney fees and costs to be paid to Ms. York within thirty days of a written, itemized and verified fee request to the Board, then either party should be permitted, within sixty days after the submission of the fee request, to petition this Court for a resolution of the amount of the attorney fees and costs to be paid by the Board.

Therefore, I concur.